# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:12-cr-00041-WTH-GRJ
    1:15-cv-00046-WTH-GRJ

RAYMOND ELIJAH WORTHAM,

   Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (ECF No. 63). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. ECF No. 56, the Motion to Vacate under 28 U.S.C. § 2255, is DENIED.

3. The Clerk is directed to close case number 1:15-cv-00046.

**DONE AND ORDERED** this _11th_ day of December, 2017

_____
UNITED STATES DISTRICT JUDGE